IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| DAVID JONES, | ( |
| Plaintiff, | ( |
| vs. | ( No. 21-cv-02135-SHL-cgc |
| SHELBY COUNTY SHERIFF DEPT., et al., | ( |
| Defendants. | ( |

REPORT AND RECOMMENDATION

The instant case is before the Court, by way of Administrative Order 2013-05.[1] On March 4, 2021, Plaintiff David Jones, a resident of Memphis, Tennessee, filed a pro se civil complaint (D.E. # 1). However, Plaintiff neglected to pay the $402.00 civil filing fee or submit a properly completed application to proceed in forma pauperis.

In an order issued on September 9, 2021, the Court ordered the Plaintiff to file a properly completed application to proceed *in forma pauperis* or pay the appropriate civil filing fee within thirty (30) days of the entry of the order. (D.E. # 4) Plaintiff has not complied with that order and the time set for compliance has expired[2].

The September 9, 2021 Order provided, in pertinent part, that "[f]ailure to comply with this order in a timely manner will result in [recommendation that this action be dismissed] pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute." *Id.* See also, *Taman v. Chertoff, et al*,

---

[1] The instant case has been referred to the United States Magistrate Judge by Administrative Order pursuant to the Federal Magistrates Act, 28 U.S.C. §§ 631-639. All pretrial matters within the Magistrate Judge's jurisdiction are referred pursuant to 28 U.S.C. § 636(b)(1)(A) for determination, and all other pretrial matters are referred pursuant to 28 U.S.C. § 636(b)(1)(B)-(C) for report and recommendation.

[2] The docket indicates that the September 9, 2021 order and IFP form were mailed to Plaintiff and were returned undeliverable on October 1, 2021 and October 25, 2021. (D.E. # 5 and 6). It is Plaintiff's responsibility to provide the Clerk of Court with the accurate and updated address.

07-cv- 2247-SHM-dkv, Order of Dismissal (D.E. # 4) April 30, 2008.

It is therefore RECOMMENDED that Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE, pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute.

Signed this 26th day of January, 2021.

                                         s/ Charmiane G. Claxton
                                         CHARMIANE G. CLAXTON
                                         UNITED STATES MAGISTRATE JUDGE

**ANY OBJECTIONS OR EXCEPTIONS TO THIS REPORT MUST BE FILED WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THE REPORT. 28 U.S.C. § 636(b)(1)(C). FAILURE TO FILE SAID OBJECTIONS OR EXCEPTIONS WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER OF OBJECTIONS, EXCEPTIONS, AND ANY FURTHER APPEAL.**