# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| DAVID JONES, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   No. 2:21-cv-02135-SHL-cgc |
| | ) |
| SHELBY COUNTY SHERIFF DEPARTMENT, et al., | ) |
| | ) |
|     Defendants. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE

Before the Court is Magistrate Judge Charmiane G. Claxton's ("Magistrate Judge") Report and Recommendation, (ECF No. 7), filed on January 26, 2022, recommending that the Court dismiss Plaintiff's Complaint without prejudice. The Magistrate Judge's recommendation for dismissal is based on Plaintiff's failure to file a properly completed application to proceed in forma pauperis or to pay the appropriate civil filing fee. (Id. at PageID 28.)

A magistrate judge may submit to a judge of the court proposed findings of fact and recommendations for dismissal. 28 U.S.C. § 636(b)(1)(B). "Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2); see also 28 U.S.C. § 636(b)(1) (2017). A district court reviews de novo only those proposed findings of fact or conclusions of law to which a party specifically objects. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Defendant did not file any objection to this Report by his February 9, 2022 deadline. Instead, on February 25, 2022, he filed two letters on the docket that seem to contest his jail conditions but raise no objections to the Report's proposed findings or recommendations. Thus,

having reviewed the Magistrate Judge's Report and finding no clear errors of law, the Court

**ADOPTS** the Report and **DISMISSES WITHOUT PREJUDICE** Plaintiff's Complaint.

    **IT IS SO ORDERED,** this 15th day of March, 2022.

                                        s/ Sheryl H. Lipman
                                        SHERYL H. LIPMAN
                                        UNITED STATES DISTRICT JUDGE